IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re: : Chapter 11
:
APPVION, INC., *et al.*,[1] : Case No. 17-12082 (KJC)
:
Debtors. : (Joint Administration Requested)
------------------------------------------------------------x

**NOTICE OF FILNG OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS; NOTICE AND AGENDA OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR OCTOBER 3, 2017 AT 11:00 A.M. (ET)[2][3]**

**PLEASE TAKE NOTICE** that, on October 1, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, as set forth below:

A. Voluntary Petitions

    1.    Appvion, Inc. - [D.I. 1, Case No. 17-12082]

    2.    Paperweight Development Corp. - [D.I. 1, Case No. 17-12083]

    3.    PDC Capital Corporation - [D.I. 1, Case No. 17-12084]

    4.    Appvion Receivables Funding I LLC - [D.I. 1, Case No. 17-12085]

    5.    APVN Holdings LLC - [D.I. 1, Case No. 17-12086]

    6.    Appvion Global Netherlands Cooperatief UA. - [D.I. 1, Case No. 17-12087].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Appvion, Inc. (6469), Paperweight Development Corp. (4992), PDC Capital Corporation (1197), Appvion Receivables Funding I LLC (9218), APVN Holdings LLC (8543) and Appvion Global Netherlands Cooperatief UA (8258). The corporate headquarters and the mailing address for the Debtors listed above is 825 East Wisconsin Avenue, P.O. Box 359, Appleton, Wisconsin 54912.

[2] Copies of all petitions, motions and pleadings identified herein may be obtained through the website of the Debtors' proposed claims agent at https://cases.primeclerk.com/Appvion.

[3] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of their voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

B. First Day Pleadings[4]

1. Motion of Debtors for Entry of an Order Directing the Joint Administration of Their Chapter 11 Cases [D.I. 2]

2. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor [D.I. 3]

3. Motion of the Debtors for Entry of an Order Extending the Debtors' Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 4]

4. Application of the Debtors for Appointment of Prime Clerk LLC as Claims and Noticing Agent [D.I. 5]

5. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [D.I. 6]

6. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 7]

7. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Continued Use of the Debtors' Cash Management System, (B) Authorizing Continued Transfers Among Debtors and Non-Debtor Affiliates, (C) Scheduling a Final Hearing on the Motion, and (D) Granting Related Relief [D.I. 8]

8. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Continue Their Insurance Policies and Pay Prepetition and Postpetition Obligations in Respect Thereof [D.I. 9]

9. Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to (I) Honor Certain Prepetition Obligations to Customers and (II) Continue Customer Programs in the Ordinary Course of Business [D.I. 10]

---

[4] Docket references refer to the Docket of Case No. 17-12082.

10. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs in the Ordinary Course; and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations [D.I. 11]

11. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (A) Pay Prepetition Claims of Shippers, Warehousemen, and Other Lien Claimants and (B) Satisfy Customs Duties Imposed on Shipments from Foreign Suppliers [D.I. 12]

12. Motion of the Debtors for Entry of Order Authorizing the Debtors to Pay Prepetition and Postpetition Claims of Spring Mill Contractors [D.I. 13]

13. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (B) Granting Related Relief [D.I. 14]

14. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Foreign Vendors and (B) Granting Related Relief [D.I. 15]

15. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 17].

C. First Day Declaration

1. Declaration of Alan D. Holtz in Support of First Day Pleadings [D.I. 18].

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for October 3, 2017 at 11:00 a.m. (Eastern Time) before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

[*Remainder of Page Intentionally Left Blank*]

EAST\146874083.2

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: October 2, 2017
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/  Stuart M. Brown*
Stuart M. Brown (DE 4050)
Kaitlin MacKenzie Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile:  (302) 394-2341
Email: stuart.brown@dlapiper.com
       kaitlin.edelman@dlapiper.com

-and-

Richard A. Chesley (*pro hac vice* admission pending)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone:  (312) 368-4000
Facsimile:   (312) 236-7516
Email: richard.chesley@dlapiper.com

Jamila Justine Willis  (*pro hac vice* admission pending)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Telephone:  (212) 335-4500
Facsimile:   (212) 335-4501
Email: jamila.willis@dlapiper.com

*Proposed Counsel to the Debtors*