IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
    APPVION, INC., *et al.*,[1]                             :  Case No. 17-12082 (KJC)
                                                             :
    Debtors.                                             :  (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x  **Related D.I. Nos: 194 & 260**

### ORDER DISMISSING THE CHAPTER 11 CASE OF
### APPVION GLOBAL NETHERLANDS COÖPERATIEF U.A.

This matter coming before the Court upon the *Motion of the Debtor to Dismiss the Chapter 11 Case of Appvion Global Netherlands Coöperatief U.A.* (the "Motion"),[2] filed by Appvion Global Netherlands Coöperatief U.A. (the "Debtor") for an order, pursuant to sections 105(a), 305(a) and 1112(b) of the Bankruptcy Code, Rules 1017 and 2002 of the Bankruptcy Rules, and Rule 1017-2 of the Local Rules, dismissing the chapter 11 case of Appvion Global Netherlands Coöperatief U.A.; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012, (ii) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (iv) notice of the Motion and hearing scheduled with respect to the Motion was appropriate given the circumstances and no other or

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Appvion, Inc. (6469), Paperweight Development Corp. (4992), PDC Capital Corporation (1197), Appvion Receivables Funding I LLC (9218), APVN Holdings LLC (8543) and Appvion Global Netherlands Cooperatief UA (8258). The corporate headquarters and the mailing address for the Debtors listed above is 825 East Wisconsin Avenue, P.O. Box 359, Appleton, Wisconsin.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

EAST\147923663.4

further notice being required; and the legal and factual bases set forth in the Motion and any hearing thereon establish just cause for the relief granted in this Order; and any objections to the requested relief having been withdrawn or overruled; and after due deliberation; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth in this Order.

2. The chapter 11 case of Appvion Global Netherlands Coöperatief U.A. is DISMISSED pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, with such dismissal to be effective immediately upon the entry of this order.

3. Parties in interest are directed to use the consolidated caption, annexed to this Order as <u>Exhibit 1</u>, when filing a pleading with the Court in the chapter 11 cases of the Company, which consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code.

4. The Debtors are authorized and empowered to take such steps and perform such acts as may be necessary or appropriate to implement and effectuate the terms of this Order.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: Nov 15, 2017
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE