**EXHIBIT A**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                    : Chapter 11
                                          :
    APPVION, INC., *et al.*,[1]              : Case No. 17-12082 (KJC)
                                          :
    Debtors.                            : (Jointly Administered)
                                          :
                                          : **Re D.I.:** ___
---------------------------------------------------------------x

### ORDER UNDER 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVITY PERIODS FOR THE FILING AND SOLICITATION OF ACCEPTANCES OF A CHAPTER 11 PLAN

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors") for entry of an order under section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") extending the period during which the Debtors have the exclusive right to file a chapter 11 plan to March 30, 2018, and extending the period during which the Debtors may solicit acceptances of a chapter 11 plan to May 29, 2018; the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district under 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding under 28 U.S.C. § 157(b), (iv) service and notice of the Motion was sufficient under the circumstances, and (v) good and sufficient cause having been shown, and after due deliberation and sufficient cause appearing,

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Appvion, Inc. (6469), Paperweight Development Corp. (4992), PDC Capital Corporation (1197), Appvion Receivables Funding I LLC (9218), and APVN Holdings LLC (8543).  The corporate headquarters and the mailing address for the Debtors listed above is 825 East Wisconsin Avenue, P.O. Box 359, Appleton, Wisconsin 54912.

[2]     Capitalized terms not otherwise defined shall have the meanings given to them in the Motion.

-2-

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**, as set forth herein.

2. The Debtors' Exclusive Filing Period under section 1121(d) of the Bankruptcy Code is extended through and including March 30, 2018.

3. The Debtors' Exclusive Solicitation Period under section 1121(d) of the Bankruptcy Code is extended through and including May 29, 2018.

4. The extension of exclusivity granted herein is without prejudice to further requests that may be made under section 1121(d) of the Bankruptcy Code.

5. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this order.

Dated: _____, 2018
      Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE