IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

APPVION, INC., *et al.*,[1]

Debtors.

---

: Chapter 11
:
: Case No. 17-12082 (KJC)
:
: (Jointly Administered)
:
: **Re: Docket Nos. 539**

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

Cynthia S. McMenamin, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 8th day of March, 2018, she caused a copy of the following documents to be served in the manner indicated upon the parties on the attached list:

- *Declaration of Daniel S. Shamah in Support of Motion of Debtors for Entry of Orders (I) (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All Assets, (B) Approving Stalking Horse Protections, (C) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice Thereof, and (II) (A) Approving and Authorizing Sale of Substantially All Debtor Assets to Successful Bidder Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief* [Docket No. 539]

_____
Cynthia S. McMenamin, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this ____ day of March, 2018.

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Appvion, Inc. (6469), Paperweight Development Corp. (4992), PDC Capital Corporation (1197), Appvion Receivables Funding I LLC (9218) and APVN Holdings LLC (8543). The corporate headquarters and the mailing address for the Debtors listed above is 825 East Wisconsin Avenue, P.O. Box 359, Appleton, Wisconsin 54912.

RLF1 18969936v.1

## SERVICE LIST

**Via Email**

Stuart M. Brown
Kaitlin MacKenzie Edelman
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Email: stuart.brown@dlapiper.com
         kaitlin.edelman@dlapiper.com

Richard A. Chesley
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Email: richard.chesley@dlapiper.com

Jamila Justine Willis
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Email: jamila.willis@dlapiper.com

Mark S. Kenney
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: mark.kenney@usdoj.gov

Kurt F. Gwynne
Emily K. Devan
REED SMITH
1201 Market Street, Suite 1500
Wilmington, DE 19801
E-mail: kgwynne@reedsmith.com
         edevan@reedsmith.com

Michael W. Yurkewicz
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Email:  myurkewicz@klehr.com

Kenneth A. Rosen
Jeffrey D. Prol, Esq.
Wojciech F. Jung, Esq.
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
Email:  krosen@lowenstein.com
         jprol@lowenstein.com
         wjung@lowenstein.com

Jeremy W. Ryan
POTTER ANDERSON
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Email: jryan@potteranderson.com

RLF1 18969936v.1

Michael M. Eidelman, Esq.
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
Email: meidelman@vedderprice.com

Michael J. Edelman, Esq.
VEDDER PRICE P.C.
1633 Broadway, 31st Floor
New York, NY 10019
Email: mjedelman@vedderprice.com

William E. Chipman, Jr.
Mark D. Olivere
CHIPMAN BROWN CICERO & COLE, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

Matthew Ray Brooks
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308
Email: matthew.brooks@troutman.com

Curtis S. Miller
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N Market Street
Suite 1800
Wilmington, Delaware 19801
Email: cmiller@mnat.com

SHUMAKER, LOOP & KENDRICK, LLP
David H. Conaway
Julia A. May
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Email: dconaway@slk-law.com
jmay@slk-law.com

Eric Lopez.Schnabel
Alessandra Glorioso
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
E-mail: schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

Richard J. Bernard
Derek L. Wright
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Email: rbernard@foley.com
dlwright@foley.com

Mark L. Prager
FOLEY & LARDNER LLP
321 North Clark St.
Chicago, IL 60654
Email: mprager@foley.com

Matthew B. Lunn
Edmon L. Morton
Shane M. Reil
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: bankfilings@ycst.com

Jayme T. Goldstein
Kenneth Pasquale
Samantha Martin
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Email: jgoldstein@stroock.com
      kpasquale@stroock.com
      smartin@stroock.com