**Exhibit 1**

**(Stipulation)**

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No. 17-12082 (KJC) |
| | ) |
| **OLDAPCO, INC., et. al.,** 1 | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

### STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 TO PURSUE STATE COURT ACTION TO THE EXTENT OF AVAILABLE INSURANCE

**WHEREAS** on October 1, 2017, Appvion, Inc. and its affliated debtors (hereinafter referred to as the "Debtors") commenced these chapter 11 cases by each filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. The cases are jointly administered under Case No. 17-12082;

**WHEREAS** on June 20, 2018 the Debtors filed a Second Amended Chapter 11 Combined Plan & Disclosure Statement (hereinafter referred to as the "Plan"). A hearing to consider Plan confirmation is scheduled for August 14, 2018 before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware;

---

1 The Debtors in these Chapter 11 cases, along the last four digits of each Debtor's federal tax identification number are: Oldapco, Inc. (f/k/a Appvion, Inc.) (6469), Oldapco PDC Corp. )f/k/a Paperweight Development Corp.) (4992), Oldapco PDC Cap Corp. (f/k/a PDC Capital Corporation) (1197), Oldapco ARFI LLC (f/k/a Appvion Receivables Funding I LLC) (9218), and Oldpapco APVN LLC (f/k/a APVN Holdings LLC) (8543). The corporate headquarters and the mailing address for the Debtors listed above is 825 East Wisconsin Avenue, P.O. Box 359, Appleton, Wisconsin 54912.

**WHEREAS** Sharon Jennings, Jill Bucaloy and William Scott Jennings (hereinafter referred to as "Plaintiffs") are Plaintiffs, having filed a lawsuit in the Superior Court of California, County of San Francisco, for the personal injury and wrongful death of Lloyd Jennings, arising out of exposure to asbestos. The case is as follows:

a) <u>Sharon Jennings, as Successor-in-Interest to and as Wrongful Death Heir of Lloyd Jennings, Deceased; and Jill Bucaloy, William Scott Jennings, as Wrongful Death Heirs of Lloyd Jennings, Deceased, vs. Honeywell International, Inc., et al.</u>, case number CGC-15-276455, and filed in the Superior Court of California, County of San Francisco, on September 10, 2015 (hereinafter referred to as the "Litigation");

**WHEREAS** Debtor, Oldapco, Inc. f/k/a Appvion, Inc. (hereinafter referred to as "Defendant") was named a Defendant in the lawsuit, and was served the Complaint. Defendant filed its Answer on or about April 7, 2017. Through representation by the firm of Imai, Tadlock, Keeney & Cordery of San Francisco, Defendant participated in both written discovery and deposition testimony, until the filing of the present Chapter 11 bankruptcy and application of the Automatic Stay;

**WHEREAS** to avoid excessive litigation, and prevent undue delays and costs, Debtors have agreed to modify the Automatic Stay upon the terms and conditions set forth herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Debtors and counsel for Plaintiffs, Sharon Jennings, Jill Bucaloy and William Scott Jennings as follows:

1) As to the Plaintiffs, and each of them, and their respective heirs and personal representatives, and not as to any other person, the automatic stay of 11 U.S.C. Section 362 (a) is

2

modified pursuant to Section 362(d)(1) of the United States Bankruptcy Code for the purpose of continuing the Litigation, establishing the liability of Debtors (and its affiliated entities) for asbestos related personal injury and wrongful death claims, if any, and liquidating Plaintiffs' claims in the Litigation. Plaintiffs may each proceed in the applicable non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law. Plaintiffs are entitled to settle or enforce their claims only by collecting upon any available insurance for Debtors' liability to them in accordance with applicable non-bankruptcy law. No recovery may be made directly against the property of Debtors, property of the bankruptcy estate, or Debtors' successor and assigns, including any trust created in accordance with the Plan.

2) Neither this Stipulation, nor any actions taken pursuant hereto, shall affect the rights of Debtors, or their insurers, to assert any defenses to claims or any other action or proceeding other than one to enforce the terms of this Stipulation. Notwithstanding any other terms or provision contained herein, this Stipulation is without prejudice to any of the rights, claims, or defenses of Debtors' insurers under any of the insurance policies under applicable state law, all of which are expressly reserved.

3) Plaintiffs agree that their Proof of Claim filed in Debtors' bankruptcy case shall be deemed withdrawn and expunged, upon this Stipulation being approved by an Order from the Court.

4) Proof of Claim No. 411 shall be deemed withdrawn and expunged.

5) The fourteen (14) day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and not applicable so that Plaintiffs, and each of them, may immediately enforce and implement this Stipulation and Order granting relief from the automatic

stay.

6) This Stipulation is binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

7) The Bankruptcy Court shall retain jurisdiction to hear any matter or disputes arising from or relating to this Stipulation.

Dated: August 14, 2018

*Counsel for Debtors and Debtors in Possession*
DLA PIPER LLP

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)
DLA PIPER LLP
1201 North Market Street, Suite 2100
Wilmington , DE 19801
Telephone: (302)468-5700
Facsimile: (302)394-2341
Email: stuart.brown@dlapiper.com

*Counsel for Plaintiffs, Sharon Jennings, Jill Bucaloy and William Scott Jennings*
BRAYTON❖PURCELL, LLP

/s/ Curt F. Hennecke
Curt F. Hennecke (CA SBN 217109)
Brayton❖Purcell, LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
Telephone: (415)898-1555
Facsimile: (415) 898-1247
Email: CHennecke@braytonlaw.com

4