## Exhibit A

**December 1, 2025 through December 31, 2025 Invoice**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Village Roadshow Entertainment Group USA O.C.C.
-

January 8, 2026
Invoice   151652
Client    90346.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2025

| | |
|---|---|
| FEES | $21,759.00 |
| EXPENSES | $1,002.49 |
| **TOTAL CURRENT CHARGES** | **$22,761.49** |
| **BALANCE FORWARD** | **$235,322.61** |
| **LAST PAYMENT** | **-$117,954.97** |
| **TOTAL BALANCE DUE** | **$140,129.13** |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   2
Invoice 151652
January 8, 2026

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|-----:|------:|-------:|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 4.90 | $9,285.50 |
| JHR | Rosell, Jason H. | Partner | 1,250.00 | 0.40 | $500.00 |
| RJF | Feinstein, Robert J. | Partner | 1,950.00 | 0.70 | $1,365.00 |
| SSC | Cho, Shirley S. | Partner | 1,525.00 | 1.10 | $1,677.50 |
| PJK | Keane, Peter J. | Counsel | 1,295.00 | 3.10 | $4,014.50 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 5.60 | $3,640.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 0.30 | $187.50 |
| ARP | Paul, Andrea R. | Case Management Assistant | 495.00 | 2.20 | $1,089.00 |
| | | | | 18.30 | $21,759.00 |

Pachulski Stang Ziehl & Jones LLP  
Village Roadshow Entertainment Group USA O.C.C.  
Client 90346.00002  

Page:    3  
Invoice 151652  
January 8, 2026  

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 0.80 | $1,479.00 |
| AP | Appeals | 3.30 | $5,566.50 |
| BL | Bankruptcy Litigation | 1.40 | $1,670.00 |
| CA | Case Administration | 4.10 | $3,112.50 |
| CO | Claims Administration and Objections | 0.80 | $1,354.50 |
| CP | PSZJ Compensation | 5.70 | $5,336.50 |
| CPO | Other Professional Compensation | 1.30 | $1,677.00 |
| FF | Financial Filings | 0.30 | $568.50 |
| HE | Hearings | 0.50 | $805.00 |
| PD | Plan and Disclosure Statement | 0.10 | $189.50 |
| | | 18.30 | $21,759.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    4
Invoice 151652
January 8, 2026

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express | $33.04 |
| Pacer - Court Research | $102.20 |
| Reproduction Expense | $361.20 |
| Transcript | $506.05 |
| | $1,002.49 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   5

Invoice 151652

January 8, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 12/03/2025 | BJS | AD | Review WB's ROR | 0.10 | 1,895.00 | $189.50 |
| 12/16/2025 | BJS | AD | Review Motion to Amend regarding Wonka | 0.40 | 1,895.00 | $758.00 |
| 12/16/2025 | SSC | AD | Review emails re motion to approve library sale. | 0.10 | 1,525.00 | $152.50 |
| 12/30/2025 | BJS | AD | Attention to Derivative Rights Sale and Studio Sale | 0.20 | 1,895.00 | $379.00 |
| | | | | **0.80** | | **$1,479.00** |
| **Appeals** | | | | | | |
| 12/01/2025 | BJS | AP | Review stay order regarding WB appeal | 0.10 | 1,895.00 | $189.50 |
| 12/01/2025 | PJK | AP | Review appeal docket (.2), emails with B. Sandler re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 12/01/2025 | RJF | AP | Review stay of derivative sale order pending appeal. | 0.10 | 1,950.00 | $195.00 |
| 12/02/2025 | BJS | AP | Attention to appeal | 0.20 | 1,895.00 | $379.00 |
| 12/10/2025 | PJK | AP | Review appeal status (.2), emails with AB re same and appearance (.2) | 0.40 | 1,295.00 | $518.00 |
| 12/15/2025 | BJS | AP | Various email with P. Keane  regarding appeal | 0.10 | 1,895.00 | $189.50 |
| 12/15/2025 | PJK | AP | Edits re notice of appearance in appeal, review appeal docket, emails with AB and B. Sandler re same | 0.40 | 1,295.00 | $518.00 |
| 12/16/2025 | BJS | AP | Attention to appeal regarding Alcon | 0.10 | 1,895.00 | $189.50 |
| 12/23/2025 | BJS | AP | Review Opinion denying Warner's stay appeal | 0.40 | 1,895.00 | $758.00 |
| 12/26/2025 | BJS | AP | Attention to appeal | 0.30 | 1,895.00 | $568.50 |
| 12/29/2025 | BJS | AP | Attention to Warner's appeal | 0.20 | 1,895.00 | $379.00 |
| 12/29/2025 | BJS | AP | Review Appellee's designation | 0.10 | 1,895.00 | $189.50 |
| 12/29/2025 | RJF | AP | Review decision on WB appeal of sale order. | 0.40 | 1,950.00 | $780.00 |
| 12/29/2025 | RJF | AP | Emails B. Sandler regarding opinion. | 0.10 | 1,950.00 | $195.00 |
| | | | | **3.30** | | **$5,566.50** |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    6

Invoice 151652

January 8, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 06/16/2025 | PEC | BL | Review Agenda for 6/18/25 Hearing and circulate (.1);  Coordinate binder preparation (.1) | 0.20 | 625.00 | $125.00 |
| 12/01/2025 | BJS | BL | Various email with P. Keane regarding appeal | 0.10 | 1,895.00 | $189.50 |
| 12/09/2025 | BJS | BL | Review Removal Motion | 0.10 | 1,895.00 | $189.50 |
| 12/10/2025 | ATB | BL | Draft Committee appearance in WB appeal. | 0.20 | 650.00 | $130.00 |
| 12/10/2025 | PJK | BL | Review critical dates memo (.2) and docket re recent filings (.4) | 0.60 | 1,295.00 | $777.00 |
| 12/29/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |
| | | | | **1.40** | | **$1,670.00** |
| **Case Administration** | | | | | | |
| 12/02/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| 12/05/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| 12/08/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| 12/10/2025 | ATB | CA | Update critical dates memo. | 0.40 | 650.00 | $260.00 |
| 12/10/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 12/10/2025 | SSC | CA | Review and correspond with A. Bates re critical dates. | 0.10 | 1,525.00 | $152.50 |
| 12/16/2025 | ATB | CA | Draft pro hac vice applications for R. Feinstein and S. S. Cho in appeal case, file same. | 0.60 | 650.00 | $390.00 |
| 12/16/2025 | BJS | CA | Review Agenda and discuss with P. Keane | 0.10 | 1,895.00 | $189.50 |
| 12/17/2025 | ARP | CA | Maintain document control. | 0.20 | 495.00 | $99.00 |
| 12/17/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| 12/17/2025 | BJS | CA | Review Amended Agenda and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 12/18/2025 | ARP | CA | Maintain document control. | 0.40 | 495.00 | $198.00 |
| 12/18/2025 | SSC | CA | Review docket and motions filed. | 0.10 | 1,525.00 | $152.50 |
| 12/26/2025 | JHR | CA | Review new docket entries. | 0.40 | 1,250.00 | $500.00 |
| 12/30/2025 | ARP | CA | Maintain document control. | 0.40 | 495.00 | $198.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page: 7

Invoice 151652

January 8, 2026

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | **4.10** |  | **$3,112.50** |

### Claims Administration and Objections

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2025 | BJS | CO | Various email with P Hurwitz regarding claims analysis and telephone conference with P Hurwitz regarding same | 0.30 | 1,895.00 | $568.50 |
| 12/19/2025 | BJS | CO | Attention to claim objection | 0.30 | 1,895.00 | $568.50 |
| 12/19/2025 | SSC | CO | Review 1st omnibus claims objection. | 0.10 | 1,525.00 | $152.50 |
| 12/22/2025 | ATB | CO | Review first omni objection to claims. | 0.10 | 650.00 | $65.00 |
|  |  |  |  | **0.80** |  | **$1,354.50** |

### PSZJ Compensation

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2025 | ATB | CP | Finalize; format file and serve October monthly. | 0.80 | 650.00 | $520.00 |
| 12/01/2025 | BJS | CP | Review and revise fee app | 0.30 | 1,895.00 | $568.50 |
| 12/01/2025 | PJK | CP | Review PSZJ Oct. fee app, emails with AB re same | 0.40 | 1,295.00 | $518.00 |
| 12/02/2025 | ATB | CP | Draft CNO re: second interim fee application; format proposed order. | 0.60 | 650.00 | $390.00 |
| 12/02/2025 | SSC | CP | Attention to PSZJ fee related. | 0.10 | 1,525.00 | $152.50 |
| 12/02/2025 | SSC | CP | Correspond with A. Bates re PSZJ fee related filings. | 0.10 | 1,525.00 | $152.50 |
| 12/03/2025 | ATB | CP | File CNO re: second interim fee app; upload order. | 0.30 | 650.00 | $195.00 |
| 12/03/2025 | PJK | CP | Review PSZJ 2nd interim fee app (.2), review CNO and order re same, emails with AB re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 12/16/2025 | ATB | CP | Initial draft of November monthly. | 0.80 | 650.00 | $520.00 |
| 12/17/2025 | ATB | CP | Finalize November monthly; file and serve same. | 1.30 | 650.00 | $845.00 |
| 12/17/2025 | BJS | CP | Review and revise fee app | 0.30 | 1,895.00 | $568.50 |
| 12/17/2025 | PJK | CP | Review PSZJ Nov. fee app, emails with AB re same | 0.30 | 1,295.00 | $388.50 |
|  |  |  |  | **5.70** |  | **$5,336.50** |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   8

Invoice 151652

January 8, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Compensation** | | | | | | |
| 12/01/2025 | ATB | CPO | Draft CNO re: Dundon combined monthly. | 0.20 | 650.00 | $130.00 |
| 12/01/2025 | SSC | CPO | Review emails from A. Bates, P. Keane re PSZJ October and Dundon DNO. | 0.10 | 1,525.00 | $152.50 |
| 12/03/2025 | ATB | CPO | File CNO re: Dundon combined monthly; email same. | 0.30 | 650.00 | $195.00 |
| 12/03/2025 | BJS | CPO | Review S&K fee statement | 0.10 | 1,895.00 | $189.50 |
| 12/08/2025 | PEC | CPO | Review Agenda Canceling 12/10/25 Hearing and circulate | 0.10 | 625.00 | $62.50 |
| 12/11/2025 | BJS | CPO | Review K&E fee statement | 0.10 | 1,895.00 | $189.50 |
| 12/15/2025 | BJS | CPO | Review YCST fee app filing | 0.10 | 1,895.00 | $189.50 |
| 12/31/2025 | BJS | CPO | Review Solic fee app | 0.30 | 1,895.00 | $568.50 |
| | | | | **1.30** | | **$1,677.00** |
| **Financial Filings** | | | | | | |
| 12/20/2025 | BJS | FF | Review Amended Schedules | 0.10 | 1,895.00 | $189.50 |
| 12/23/2025 | BJS | FF | Review MORs | 0.20 | 1,895.00 | $379.00 |
| | | | | **0.30** | | **$568.50** |
| **Hearings** | | | | | | |
| 12/08/2025 | SSC | HE | Review notice of adjournment of hearing. | 0.10 | 1,525.00 | $152.50 |
| 12/16/2025 | RJF | HE | Review next hearing agenda. | 0.10 | 1,950.00 | $195.00 |
| 12/16/2025 | SSC | HE | Emails re 12/18 hearing. | 0.10 | 1,525.00 | $152.50 |
| 12/17/2025 | SSC | HE | Review 12/18 hearing cancellation. | 0.10 | 1,525.00 | $152.50 |
| 12/22/2025 | SSC | HE | Review and reply to A. Bates re claims objection. | 0.10 | 1,525.00 | $152.50 |
| | | | | **0.50** | | **$805.00** |
| **Plan and Disclosure Statement** | | | | | | |
| 12/03/2025 | BJS | PD | Attention to exclusivity period | 0.10 | 1,895.00 | $189.50 |
| | | | | **0.10** | | **$189.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$21,759.00**

Pachulski Stang Ziehl & Jones LLP                                        Page:    9
Village Roadshow Entertainment Group USA O.C.C.                          Invoice 151652
Client 90346.00002                                                      January 8, 2026

**Expenses**

| 12/01/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    10

Invoice 151652

January 8, 2026

| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 254 @0.10 PER PG) | 25.40 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/01/2025 | RE | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 130 @0.10 PER PG) | 13.00 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2025 | RE | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/02/2025 | TR | Transcripts 10.20.25 and 10.21.25 LDJ | 506.05 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    11

Invoice 151652

January 8, 2026

| | | | |
|---|---|---|---:|
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/02/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/02/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/02/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/02/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/02/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    12

Invoice 151652

January 8, 2026

| 12/02/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
|---|---|---|---|
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/02/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/03/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/03/2025 | RE | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 12/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/10/2025 | RE | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 12/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/10/2025 | RE | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 12/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/10/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/10/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/10/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/10/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/11/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/15/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/15/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/15/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/15/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/15/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    13

Invoice 151652

January 8, 2026

| 12/15/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
|---|---|---|---|
| 12/15/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/15/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/15/2025 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 12/17/2025 | FE | 90346.00002 FedEx Charges for 12-17-25 | 33.04 |
| 12/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2025 | RE | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/18/2025 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/22/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/22/2025 | RE | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/22/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    14
Invoice 151652
January 8, 2026

| | | | |
|---|---|---|---:|
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/22/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/22/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/22/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/22/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/23/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 102 @0.10 PER PG) | 10.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    15
Invoice 151652
January 8, 2026

| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 102 @0.10 PER PG) | 10.20 |
| 12/29/2025 | RE | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 12/29/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   16
Invoice 151652
January 8, 2026

| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/29/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    17

Invoice 151652

January 8, 2026

| | | | |
|---|---|---|---:|
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    18

Invoice 151652

January 8, 2026

| | | | |
|---|---|---|---:|
| 12/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/29/2025 | RE | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 12/29/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/30/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/30/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/30/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/30/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/31/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/31/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/31/2025 | PAC | Pacer - Court Research | 102.20 |

**Total Expenses for this Matter** **$1,002.49**

Pachulski Stang Ziehl & Jones LLP                                  Page:    19
Village Roadshow Entertainment Group USA O.C.C.              Invoice 151652
Client 90346.00002                                          January 8, 2026

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  12/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 149813 | 09/30/2025 | $6,212.10 | $0.00 | $6,212.10 |
| 150497 | 10/31/2025 | $29,315.40 | $0.00 | $29,315.40 |
| 151104 | 11/30/2025 | $80,669.50 | $1,170.64 | $81,840.14 |

**Total Amount Due on Current and Prior Invoices:**                          **$140,129.13**