## Exhibit A

**January Invoice**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Village Roadshow Entertainment Group USA O.C.C.
-

January 31, 2026
Invoice   152187
Client     90346.00002

RE:  Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2026

| | |
|---|---:|
| FEES | $45,986.00 |
| EXPENSES | $165.70 |
| **TOTAL CURRENT CHARGES** | **$46,151.70** |
| **BALANCE FORWARD** | **$140,129.13** |
| **LAST PAYMENT** | **-$65,706.24** |
| **TOTAL BALANCE DUE** | **$120,574.59** |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   2
Invoice 152187
January 31, 2026

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 2,175.00 | 7.60 | $16,530.00 |
| JHR | Rosell, Jason H. | Partner | 1,395.00 | 1.10 | $1,534.50 |
| MBL | Litvak, Maxim B. | Partner | 1,895.00 | 1.30 | $2,463.50 |
| RJF | Feinstein, Robert J. | Partner | 2,195.00 | 2.90 | $6,365.50 |
| SSC | Cho, Shirley S. | Partner | 1,650.00 | 4.50 | $7,425.00 |
| PJK | Keane, Peter J. | Counsel | 1,375.00 | 3.60 | $4,950.00 |
| ATB | Bates, Andrea T. | Paralegal | 695.00 | 6.50 | $4,517.50 |
| PEC | Cuniff, Patricia E. | Paralegal | 650.00 | 0.80 | $520.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 525.00 | 2.40 | $1,260.00 |
| DC | David Crosby Jr | Case Management Assistant | 525.00 | 0.50 | $262.50 |
| JG | Janet Grayson | Case Management Assistant | 525.00 | 0.30 | $157.50 |
| | | | | 31.50 | $45,986.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    3
Invoice 152187
January 31, 2026

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 1.40 | $2,134.50 |
| BL | Bankruptcy Litigation | 2.20 | $3,105.00 |
| CA | Case Administration | 3.60 | $2,701.50 |
| CO | Claims Administration and Objections | 1.20 | $2,610.00 |
| CP | PSZJ Compensation | 7.70 | $7,393.50 |
| CPO | Other Professional Compensation | 0.20 | $435.00 |
| FF | Financial Filings | 0.10 | $217.50 |
| FN | Financing/Cash Collateral/Cash Management | 2.60 | $5,250.50 |
| HE | Hearings | 2.50 | $1,865.00 |
| OP | Operations | 0.10 | $217.50 |
| PD | Plan and Disclosure Statement | 9.90 | $20,056.00 |
| | | 31.50 | $45,986.00 |

Pachulski Stang Ziehl & Jones LLP                                         Page:     4
Village Roadshow Entertainment Group USA O.C.C.                           Invoice 152187
Client 90346.00002                                                       January 31, 2026

---

**<u>Summary of Expenses</u>**

| <u>Description</u> | <u>Amount</u> |
| --- | ---: |
| Pacer - Court Research | $39.90 |
| Reproduction Expense | $125.80 |
| | $165.70 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   5
Invoice 152187
January 31, 2026

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 01/01/2026 | JHR | AD | Review notice of sale closings | 0.20 | 1,395.00 | $279.00 |
| 01/01/2026 | JHR | AD | Review appellate pleadings re: asset sales | 0.40 | 1,395.00 | $558.00 |
| 01/01/2026 | JHR | AD | Analyze motion to amend library asset purchase agreement | 0.50 | 1,395.00 | $697.50 |
| 01/12/2026 | SSC | AD | Correspond with J. Rosell re amended sale order. | 0.10 | 1,650.00 | $165.00 |
| 01/20/2026 | BJS | AD | Review ROR regarding GOAT Media | 0.10 | 2,175.00 | $217.50 |
| 01/27/2026 | BJS | AD | Review Falcon Stipulation | 0.10 | 2,175.00 | $217.50 |
| | | | | **1.40** | | **$2,134.50** |
| **Bankruptcy Litigation** | | | | | | |
| 01/02/2026 | PJK | BL | Review critical dates memo (.2) and docket re recent filings (.2) | 0.40 | 1,375.00 | $550.00 |
| 01/08/2026 | PJK | BL | Review critical dates memo (.2) and docket re recent filings (.3) | 0.30 | 1,375.00 | $412.50 |
| 01/12/2026 | BJS | BL | Attention to Warner litigation and withdrawal | 0.10 | 2,175.00 | $217.50 |
| 01/14/2026 | PJK | BL | Review critical dates memo and docket re recent filings | 0.40 | 1,375.00 | $550.00 |
| 01/22/2026 | PJK | BL | Review 1.26 agenda (.2), review docket (.2), review critical dates memo (.2) | 0.60 | 1,375.00 | $825.00 |
| 01/27/2026 | PJK | BL | Review critical dates memo (.2) and docket re recent filings (.2) | 0.40 | 1,375.00 | $550.00 |
| | | | | **2.20** | | **$3,105.00** |
| **Case Administration** | | | | | | |
| 01/05/2026 | ARP | CA | Maintain document control. | 0.40 | 525.00 | $210.00 |
| 01/07/2026 | ARP | CA | Maintain document control. | 0.30 | 525.00 | $157.50 |
| 01/09/2026 | ARP | CA | Maintain document control. | 0.30 | 525.00 | $157.50 |
| 01/12/2026 | ATB | CA | Update and circulate critical dates memo. | 0.40 | 695.00 | $278.00 |
| 01/12/2026 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 2,175.00 | $217.50 |
| 01/12/2026 | SSC | CA | Review critical dates. | 0.10 | 1,650.00 | $165.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   6
Invoice 152187
January 31, 2026

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2026 | ARP | CA | Maintain document control. | 0.40 | 525.00 | $210.00 |
| 01/22/2026 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 2,175.00 | $217.50 |
| 01/26/2026 | ATB | CA | Update critical dates memo. | 0.10 | 695.00 | $69.50 |
| 01/29/2026 | ARP | CA | Maintain document control. | 0.30 | 525.00 | $157.50 |
| 01/29/2026 | JG | CA | Main document control | 0.30 | 525.00 | $157.50 |
| 01/30/2026 | ATB | CA | Update critical dates memo; circulate to team. | 0.70 | 695.00 | $486.50 |
| 01/30/2026 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 2,175.00 | $217.50 |
| | | | | **3.60** | | **$2,701.50** |

**Claims Administration and Objections**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2026 | BJS | CO | Various email with T Rizzo regarding WMD | 0.20 | 2,175.00 | $435.00 |
| 01/13/2026 | BJS | CO | Attention to claim objections | 0.10 | 2,175.00 | $217.50 |
| 01/14/2026 | BJS | CO | Telephone conference with P Hurwitz regarding claim pool and plan issues | 0.30 | 2,175.00 | $652.50 |
| 01/14/2026 | BJS | CO | Various email with R. Feinstein regarding lender settlement | 0.20 | 2,175.00 | $435.00 |
| 01/20/2026 | BJS | CO | Telephone conference with P Hurwitz regarding claim pool and plan issues | 0.30 | 2,175.00 | $652.50 |
| 01/21/2026 | BJS | CO | Review Reply to GOAT response | 0.10 | 2,175.00 | $217.50 |
| | | | | **1.20** | | **$2,610.00** |

**PSZJ Compensation**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2026 | ATB | CP | Draft CNO to October monthly. | 0.20 | 695.00 | $139.00 |
| 01/06/2026 | PJK | CP | Review CNO re PSZJ Oct. fee app, review app and docket, emails with A Bates re same | 0.20 | 1,375.00 | $275.00 |
| 01/06/2026 | PJK | CP | Review notice re PSZJ rates, emails with AB re same | 0.20 | 1,375.00 | $275.00 |
| 01/06/2026 | SSC | CP | Correspond with A. Bates re fee status. | 0.10 | 1,650.00 | $165.00 |
| 01/06/2026 | SSC | CP | Review emails re October CNO. | 0.10 | 1,650.00 | $165.00 |
| 01/06/2026 | SSC | CP | Correspond with A. Bates re November CNO. | 0.10 | 1,650.00 | $165.00 |
| 01/07/2026 | BJS | CP | Attention to fee app | 0.10 | 2,175.00 | $217.50 |
| 01/07/2026 | SSC | CP | Review and revise December fee statement. | 0.10 | 1,650.00 | $165.00 |

Pachulski Stang Ziehl & Jones LLP  
Village Roadshow Entertainment Group USA O.C.C.  
Client 90346.00002

Page:    7  
Invoice 152187  
January 31, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2026 | ATB | CP | Draft CNO re: November monthly; file same. | 0.40 | 695.00 | $278.00 |
| 01/08/2026 | ATB | CP | Revise fee application to include December time. | 1.10 | 695.00 | $764.50 |
| 01/08/2026 | PJK | CP | Review CNO and PSZJ Nov. fee app, emails with A Bates re same | 0.20 | 1,375.00 | $275.00 |
| 01/08/2026 | SSC | CP | Review emails re November CNO. | 0.10 | 1,650.00 | $165.00 |
| 01/22/2026 | SSC | CP | Review and revise PSZJ December fee statement. | 0.20 | 1,650.00 | $330.00 |
| 01/26/2026 | ATB | CP | Draft PSZJ December monthly; file and serve same; draft third interim fee application. | 2.80 | 695.00 | $1,946.00 |
| 01/26/2026 | PJK | CP | Review PSZJ Dec. fee app, emails with AB re same | 0.30 | 1,375.00 | $412.50 |
| 01/26/2026 | SSC | CP | Review emails re PSZJ fee application. | 0.10 | 1,650.00 | $165.00 |
| 01/26/2026 | SSC | CP | Review and revise PSZJ interim fee application. | 0.40 | 1,650.00 | $660.00 |
| 01/27/2026 | ATB | CP | Revise third interim fee application; correspond with S. S. Cho regarding same. | 0.80 | 695.00 | $556.00 |
| 01/27/2026 | PJK | CP | Review PSZJ fee issues, email from AB re same | 0.20 | 1,375.00 | $275.00 |
| | | | | **7.70** | | **$7,393.50** |

**Other Professional Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/07/2026 | BJS | CPO | Review Solic fee statement | 0.10 | 2,175.00 | $217.50 |
| 01/28/2026 | BJS | CPO | Review Solic fee app | 0.10 | 2,175.00 | $217.50 |
| | | | | **0.20** | | **$435.00** |

**Financial Filings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2026 | BJS | FF | Review MORs | 0.10 | 2,175.00 | $217.50 |
| | | | | **0.10** | | **$217.50** |

**Financing/Cash Collateral/Cash Management**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2026 | RJF | FN | Review WB withdrawal of standing motion. | 0.10 | 2,195.00 | $219.50 |
| 01/12/2026 | RJF | FN | Emails OMM regarding WB withdrawal of standing motion. | 0.10 | 2,195.00 | $219.50 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    8
Invoice 152187
January 31, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2026 | BJS | FN | Review Mofo and PAC fee statements | 0.10 | 2,175.00 | $217.50 |
| 01/20/2026 | BJS | FN | Various email with M. Litvak regarding challenge period extension | 0.10 | 2,175.00 | $217.50 |
| 01/20/2026 | MBL | FN | Draft challenge extension (0.3); emails with team and opposing counsel re same (0.1). | 0.40 | 1,895.00 | $758.00 |
| 01/20/2026 | RJF | FN | Emails M. Litvak regarding extension of challenge period. | 0.10 | 2,195.00 | $219.50 |
| 01/22/2026 | BJS | FN | Various email with MoFo regarding challenge | 0.10 | 2,175.00 | $217.50 |
| 01/22/2026 | MBL | FN | Follow-up emails with notes counsel re challenge extension. | 0.10 | 1,895.00 | $189.50 |
| 01/22/2026 | SSC | FN | Review MBL correspondence re challenge deadline. | 0.10 | 1,650.00 | $165.00 |
| 01/23/2026 | BJS | FN | Attention to challenge period | 0.20 | 2,175.00 | $435.00 |
| 01/23/2026 | MBL | FN | Emails with team and notes counsel re challenge extension. | 0.10 | 1,895.00 | $189.50 |
| 01/26/2026 | BJS | FN | Attention to challenge stipulation | 0.10 | 2,175.00 | $217.50 |
| 01/26/2026 | MBL | FN | Emails with opposing counsel and team re challenge extension. | 0.20 | 1,895.00 | $379.00 |
| 01/26/2026 | MBL | FN | Call with M. Russell of MoFo re challenge extension. | 0.10 | 1,895.00 | $189.50 |
| 01/26/2026 | MBL | FN | Revise challenge extension. | 0.20 | 1,895.00 | $379.00 |
| 01/26/2026 | RJF | FN | Emails Mofo regarding challenge extension. | 0.30 | 2,195.00 | $658.50 |
| 01/27/2026 | MBL | FN | Emails with opposing counsel and team re challenge extension; confirm filing and review same. | 0.20 | 1,895.00 | $379.00 |
| | | | | **2.60** | | **$5,250.50** |

**Hearings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2026 | ARP | HE | Prepare virtual notebook for hearing on 1-6-26. | 0.30 | 525.00 | $157.50 |
| 01/22/2026 | PEC | HE | Review Agenda for 1/26/26 Hearing and circulate | 0.10 | 650.00 | $65.00 |
| 01/22/2026 | PEC | HE | Review 1/26/26 virtual hearing binder | 0.20 | 650.00 | $130.00 |
| 01/22/2026 | SSC | HE | Review hearing agenda. | 0.10 | 1,650.00 | $165.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    9
Invoice 152187
January 31, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/26/2026 | PEC | HE | Review Amended Notice of Agenda canceling 1/26/26 Hearing and circulate | 0.10 | 650.00 | $65.00 |
| 01/28/2026 | DC | HE | Preparation of hearing binder for hearing on 1-30-26 | 0.50 | 525.00 | $262.50 |
| 01/28/2026 | PEC | HE | Review 1/30/26 Agenda and circulate | 0.20 | 650.00 | $130.00 |
| 01/29/2026 | ARP | HE | Prepare hearing and virtual notebook for hearing on 1-30-26. | 0.40 | 525.00 | $210.00 |
| 01/29/2026 | PEC | HE | Review 1/30/26 virtual hearing binder | 0.20 | 650.00 | $130.00 |
| 01/29/2026 | PJK | HE | Review docket and 1/30 agenda (.2), emails with AB and B. Sandler re same (.2) | 0.40 | 1,375.00 | $550.00 |
| | | | | **2.50** | | **$1,865.00** |

**Operations**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/07/2026 | BJS | OP | Review Staffing report | 0.10 | 2,175.00 | $217.50 |
| | | | | **0.10** | | **$217.50** |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2026 | BJS | PD | Conferece with R. Feinstein regarding plan status and case issues | 0.30 | 2,175.00 | $652.50 |
| 01/07/2026 | SSC | PD | Correspond with R. Feinstein re plan status. | 0.10 | 1,650.00 | $165.00 |
| 01/08/2026 | BJS | PD | Various email with J Bernbrock regarding plan | 0.10 | 2,175.00 | $217.50 |
| 01/08/2026 | SSC | PD | Review B. Sandler update re plan. | 0.10 | 1,650.00 | $165.00 |
| 01/13/2026 | BJS | PD | Various email with J Newton regarding update | 0.10 | 2,175.00 | $217.50 |
| 01/14/2026 | BJS | PD | Telephone conference with MoFo regarding settlement | 0.40 | 2,175.00 | $870.00 |
| 01/14/2026 | BJS | PD | Telephone conference with R. Feinstein regarding plan settlement | 0.20 | 2,175.00 | $435.00 |
| 01/14/2026 | RJF | PD | Emails B. Sandler regarding plan guarantee. | 0.10 | 2,195.00 | $219.50 |
| 01/15/2026 | BJS | PD | Telephone conference with Debtors regarding plan discussions | 0.50 | 2,175.00 | $1,087.50 |
| 01/15/2026 | RJF | PD | Call Bernbrock, Nasiri, B. Sandler regarding plan status. | 0.50 | 2,195.00 | $1,097.50 |
| 01/21/2026 | BJS | PD | Various email with J Newton regarding plan issues | 0.10 | 2,175.00 | $217.50 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   10

Invoice 152187

January 31, 2026

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/21/2026 | BJS | PD | Review revised plan and Disclosure Statement | 0.60 | 2,175.00 | $1,305.00 |
| 01/21/2026 | SSC | PD | Review and analysis re plan. | 0.80 | 1,650.00 | $1,320.00 |
| 01/21/2026 | SSC | PD | Review and revise plan. | 0.70 | 1,650.00 | $1,155.00 |
| 01/21/2026 | SSC | PD | Correspond with RJF re plan edits. | 0.30 | 1,650.00 | $495.00 |
| 01/22/2026 | BJS | PD | Review revised plan | 0.40 | 2,175.00 | $870.00 |
| 01/22/2026 | RJF | PD | Initial review of revised Plan of Reorganization. | 0.40 | 2,195.00 | $878.00 |
| 01/22/2026 | SSC | PD | Correspond with RJF re plan. | 0.10 | 1,650.00 | $165.00 |
| 01/23/2026 | BJS | PD | Attention to Plan issues and GUC settlement | 0.40 | 2,175.00 | $870.00 |
| 01/23/2026 | RJF | PD | Telephone conference with B. Sandler regarding plan issues. | 0.30 | 2,195.00 | $658.50 |
| 01/23/2026 | RJF | PD | Review S. Cho plan markup. | 0.10 | 2,195.00 | $219.50 |
| 01/23/2026 | RJF | PD | Telephone conference with Newton, B. Sandler regarding plan. | 0.30 | 2,195.00 | $658.50 |
| 01/26/2026 | BJS | PD | Various email with Debtors regarding plan | 0.30 | 2,175.00 | $652.50 |
| 01/27/2026 | BJS | PD | Attention to plan | 0.20 | 2,175.00 | $435.00 |
| 01/27/2026 | BJS | PD | Telephone conference with J Newton regarding settlement | 0.20 | 2,175.00 | $435.00 |
| 01/28/2026 | BJS | PD | Review amended plan and various email with PSZJ regarding same | 0.50 | 2,175.00 | $1,087.50 |
| 01/28/2026 | RJF | PD | Emails S. Cho regarding plan issues. | 0.10 | 2,195.00 | $219.50 |
| 01/28/2026 | RJF | PD | Review S. Cho plan markup. | 0.20 | 2,195.00 | $439.00 |
| 01/28/2026 | SSC | PD | Correspond with Dundon re plan analysis. | 0.20 | 1,650.00 | $330.00 |
| 01/28/2026 | SSC | PD | Review revised plan edits. | 0.10 | 1,650.00 | $165.00 |
| 01/28/2026 | SSC | PD | Correspond with Debtors' Counsel re plan edits. | 0.20 | 1,650.00 | $330.00 |
| 01/28/2026 | SSC | PD | Review B. Sandler email re plan update. | 0.10 | 1,650.00 | $165.00 |
| 01/28/2026 | SSC | PD | Review and analysis re revised plan. | 0.20 | 1,650.00 | $330.00 |
| 01/29/2026 | BJS | PD | Telephone conference with P Hurwitz regarding plan and various email with Dundon/PSZJ regarding plan issues | 0.40 | 2,175.00 | $870.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    11

Invoice 152187

January 31, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/29/2026 | RJF | PD | Emails S. Cho, B. Sandler, Hurwitz regarding plan issues. | 0.30 | 2,195.00 | $658.50 |
| | | | | 9.90 | | $20,056.00 |

**TOTAL SERVICES FOR THIS MATTER:**                    **$45,986.00**

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    12

Invoice 152187

January 31, 2026

**Expenses**

| 01/02/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 01/02/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/05/2026 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 01/05/2026 | RE | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 01/05/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/05/2026 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 01/05/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/05/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/07/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/09/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/12/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/12/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/12/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/12/2026 | RE | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 01/12/2026 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/12/2026 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/16/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/16/2026 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 01/16/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/16/2026 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 01/16/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/16/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/16/2026 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/16/2026 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/16/2026 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/16/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/16/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

Village Roadshow Entertainment Group USA O.C.C.

Invoice 152187

Client 90346.00002

January 31, 2026

| | | | |
|---|---|---|---:|
| 01/16/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/20/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/20/2026 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 01/20/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/20/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/20/2026 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 01/20/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/21/2026 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/21/2026 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 01/21/2026 | RE | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 01/21/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/21/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/21/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/21/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/21/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/21/2026 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/21/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/21/2026 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/21/2026 | RE | SCAN/COPY ( 68 @0.10 PER PG) | 6.80 |
| 01/21/2026 | RE | SCAN/COPY ( 68 @0.10 PER PG) | 6.80 |
| 01/21/2026 | RE | SCAN/COPY ( 100 @0.10 PER PG) | 10.00 |
| 01/21/2026 | RE | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 01/22/2026 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/22/2026 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/26/2026 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    14

Invoice 152187

January 31, 2026

| | | | |
|---|---|---|---:|
| 01/26/2026 | RE | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 01/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 01/26/2026 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 01/29/2026 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/29/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/29/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/29/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/29/2026 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/29/2026 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 01/29/2026 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/29/2026 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/29/2026 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/29/2026 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/29/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/29/2026 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/30/2026 | RE | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 01/30/2026 | RE | SCAN/COPY ( 162 @0.10 PER PG) | 16.20 |
| 01/30/2026 | RE | SCAN/COPY ( 82 @0.10 PER PG) | 8.20 |
| 01/31/2026 | PAC | Pacer - Court Research | 39.90 |

**Total Expenses for this Matter**                **$165.70**

Pachulski Stang Ziehl & Jones LLP

Page:    15

Village Roadshow Entertainment Group USA O.C.C.

Invoice 152187

Client 90346.00002

January 31, 2026

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  01/31/2026**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 149813 | 09/30/2025 | $6,212.10 | $0.00 | $6,212.10 |
| 150497 | 10/31/2025 | $29,315.40 | $0.00 | $29,315.40 |
| 151104 | 11/30/2025 | $16,133.90 | $0.00 | $16,133.90 |
| 151652 | 12/31/2025 | $21,759.00 | $1,002.49 | $22,761.49 |

**Total Amount Due on Current and Prior Invoices:**                          **$120,574.59**