# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF AGENDA FOR HEARING OF MATTERS SCHEDULED FOR FEBRUARY 20, 2026 AT 10:00 A.M. (ET)

**THIS PROCEEDING WILL NOW BE CONDUCTED IN-PERSON IN COURTROOM 7.**

**ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

## RESOLVED MATTER

1. Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1167, 12/19/25]

   Objection Deadline:    January 9, 2026 at 4:00 p.m. (ET)

   Related Documents:

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

  A. Debtors' Reply to the Response of The G.O.A.T. Media, LLC to Debtors' First Omnibus (Substantive) Objection to Claims [D.I. 1263, 1/21/26]

  B. Certification of Counsel Regarding First Omnibus (Substantive) Objection to Claims [D.I. 1249, 1/13/26]

  C. Order Sustaining Debtors' First Omnibus (Substantive) Objection to Claims [D.I. 1265, 1/22/26]

  D. Notice of Withdrawal [D.I. 1339, 2/4/26]

Objections Filed:

  A. Informal response from Moonshot Entertainment

  B. Pro Se Response of G.O.A.T. Media, LLC to Debtors' First Omnibus (Substantive) Objection to Claim [D.I. 1243, 1/9/26]

  C. Reservation of Rights filed by The G.O.A.T, Media, LLC [D.I. 1261, 1/20/26]

Status: This matter has been resolved and withdrawn with respect to the informal response from Moonshot Entertainment.  Orders have been entered resolving the remainder of the claim objection.

**CONTESTED MATTER GOING FORWARD**

2. Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1319, 1/29/26]

   Objection Deadline:    February 12, 2026 at 4:00 p.m. (ET)

   Related Documents:

   A. Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1317, 1/29/26]

   B. Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1318, 1/29/26]

   C. Notice of Filing of Liquidation Analysis for Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1328, 2/2/26]

D.  Warner Bros. Entertainment Inc.'s Witness and Exhibit List for February 20, 2026 Hearing [D.I. 1353, 2/17/26]

E.  Debtors' Witness and Exhibit List [D.I. 1355, 2/17/26]

F.  Omnibus Reply in Support of the Debtors' Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1356, 2/17/26]

G.  Notice of Revised Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1359, 2/18/26]

H.  Notice of Revised Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1360, 2/18/26]

I.  Notice of Revised Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1361, 2/18/26]

Objections Filed:

A.  Informal comments

   i.  Unofficial Committee of Unsecured Creditors

B.  Objection and Reservation of Rights of Warner Bros. Entertainment Inc. and its Affiliates to Debtors' Motion Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1349, 2/12/26]

C.  United States Trustee's Objection to Debtors' Motion Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1352, 2/16/26]

  D. Limited Objection and Reservation of Rights of The G.O.A.T. Media, LLC, Election to Opt Out of Third-Party Releases, and Conditional Request for Clarification and Contingent Reserve [D.I. 1357, 2/17/26]

 Status: This matter is going forward.

## FEE APPLICATIONS

3. Interim Fee Applications

 Related Documents: See Schedule A, attached

  A. Certification of Counsel [D.I. 1345, 2/6/26]

 Objections Filed: None

 Status: A omnibus order has been submitted under certification of counsel. No hearing is necessary unless the Court has questions.

Dated: February 18, 2026
Wilmington, Delaware

*/s/ Brynna M. Gaffney*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar No. 7402) | Matthew T. Benz (admitted *pro hac vice*) |
| Rodney Square | 321 North Clark Street, 32nd Floor |
| 1000 North King Street | Chicago, IL 60654 |
| Wilmington, DE 19801 | Telephone: (312) 499-6300 |
| Telephone: (302) 571-6600 | Facsimile: (312) 499-6301 |
| Facsimile: (302) 571-1253 | Email: jbernbrock@sheppardmullin.com |
| Email: jmulvihill@ycst.com | mbenz@sheppardmullin.com |
| bgaffney@ycst.com | |

*Co-Counsel for the Debtors and Debtors in Possession*

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
Email: jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br><br><br>Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 25-10475 (TMH)<br>)<br>)<br>)  **Objection Deadline:** Feb. 4, 2026 at 4:00 p.m. (ET)<br>)  **Hearing Date:** February 20, 2026 at 10:00 a.m. (ET)<br>)<br>)<br>) |

**SCHEDULE A**
**INDEX THIRD INTERIM FEE APPLICATIONS**

**DEBTORS' PROFESSIONALS**

A. **Young Conaway Stargatt & Taylor, LLP -** Third Interim Fee Applications of the Debtors' Professionals for the Period from September 1, 2025 through November 30, 2025 [D.I. 1254, 1/14/26]

    1. Monthly Application for the Period from September 1, 2025 through September 30, 2025 [D.I. 1015, 10/30/25]

    2. Certificate of No Objection [D.I. 1110, 11/24/25]

    3. Monthly Application for the Period from October 1, 2025 through October 31, 2025 [D.I. 1141, 12/8/25]

    4. Certificate of No Objection [D.I. 1226, 12/30/25]

    5. Monthly Application for the Period November 1, 2025 through November 30, 2025 [D.I. 1212, 12/23/25]

    6. Certificate of No Objection [D.I. 1252, 1/14/26]

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

       7.      Supplement to Third Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 1255, 1/14/26]

B.    **Sheppard, Mullin, Richter & Hampton LLP** – Third Interim Fee Applications of the Debtors' Professionals for the Period from September 1, 2025 through November, 2025 [D.I. 1254, 1/14/26]

       1.      Monthly Application for the Period from September 1, 2025 through September 30, 2025 [D.I. 1014, 10/30/25]

       2.      Certificate of No Objection [D.I. 1108, 11/24/25]

       3.      Monthly Application for the Period from October 1, 2025 through October 31, 2025 [D.I. 1140, 12/8/25]

       4.      Certificate of No Objection [D.I. 1225, 12/30/25]

       5.      Monthly Application for the Period November 1, 2025 through November 30, 2025 [D.I. 1213, 12/23/25]

       6.      Certificate of No Objection [D.I.1253, 1/14/26]

       7.      Supplement to Third Interim Fee Application of Sheppard, Mullin, Richter & Hampton LLP [D.I. 1256, 1/14/26]

C.    **Kirkland & Ellis LLP and Kirkland & Ellis International LLP -** Third Interim Fee Applications of the Debtors' Professionals for the Period from September 1, 2025 through November 30, 2025 [D.I. 1254, 1/14/26]

       1.      Monthly Application for the Period from September 1, 2025 through October 31, 2025 [D.I. 1235, 1/6/26]

       2.      Certificate of No Objection [D.I. 1313, 1/28/26]

D.    **Kurtzman Carson Consultants, LLC dba Verita Global -** Third Interim Fee Applications of the Debtors' Professionals for the Period from September 1, 2025 through November 30, 2025 [D.I. 1254, 1/14/26]

       1.      Monthly Application for the Period from November 1, 2025 through November 30, 2025 [D.I. 1251, 1/14/26]

       2.      Certificate of No Objection [D.I. 1342, 2/5/26]